UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 2:19-CV-00099 |
| AGAPE PRESCRIPTIONS "R" US, INC., d/b/a DARIEN PHARMACY, and JANICE ANN COLTER, | ) ) ) ) |
| Defendants. | ) ) |

## ANSWER

HERE COMES JAN COLTER, a defendant in the above style case, and makes this her personal answer to the Complaint filed against her by the Federal Government.

### FIRST DEFENSE

Plaintiff fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

Plaintiff's claims are barred by the doctrine of Res Judicata.

### THIRD DEFENSE

Plaintiff's claims are barred by the doctrine of Double Jeopardy

### ANSWER TO ALLEGATIONS OF THE COMPLAINT

1. Defendant does not have enough information to admit or deny

2

paragraph one of the Complaint.

2. Defendant does not have enough information to admit or deny paragraph two of the Complaint.

3. Defendant does not have enough information to admit or deny paragraph three of the Complaint.

4. Defendant does not have enough information to admit or deny paragraph four of the Complaint.

5. Defendant denies paragraph five of the Complaint.

6. Defendant denies paragraph six of the Complaint.

7. Defendant admits paragraph seven of the Complaint.

8. Defendant admits paragraph eight of the Complaint.

9. Defendant admits paragraph nine of the Complaint.

10. Defendant admits paragraph ten of the Complaint.

11. Defendant admits paragraph eleven of the Complaint.

12. Defendant admits paragraph twelve of the Complaint.

13. Defendant admits paragraph thirteen of the Complaint.

14. Defendant admits paragraph fourteen of the Complaint.

15. Defendant admits paragraph fifteen of the Complaint.

16. Defendant admits paragraph sixteen of the Complaint.

17. Defendant admits paragraph seventeen of the Complaint.

18. Defendant admits paragraph eighteen of the Complaint.

19. Defendant admits paragraph nineteen of the Complaint.

20. Defendant admits paragraph twenty of the Complaint.

21. Defendant admits paragraph twenty-one of the Complaint.

22. Defendant admits paragraph twenty-two of the Complaint.

23. Defendant admits paragraph twenty-three of the Complaint.

24. Defendant admits paragraph twenty-four of the Complaint.

25. Defendant admits paragraph twenty-five of the Complaint.

26. Defendant admits paragraph twenty-six of the Complaint.

27. Defendant admits paragraph twenty-seven of the Complaint.

28. Defendant admits paragraph twenty-eight of the Complaint.

29. Defendant admits paragraph twenty-nine of the Complaint.

30. Defendant denies paragraph thirty of the Complaint.

31. Defendant admits paragraph thirty-one of the Complaint.

32. Defendant admits paragraph thirty-two of the Complaint.

33. Defendant admits paragraph thirty-three of the Complaint.

34. Defendant admits paragraph thirty-four of the Complaint.

35. Defendant denies paragraph thirty-five of the Complaint.

36. Defendant denies paragraph thirty-six of the Complaint.

37. Defendant admits paragraph thirty-seven of the Complaint.

38. Defendant does not have enough information to admit or deny paragraph thirty-eight of the Complaint.

39. Defendant does not have enough information to admit or deny paragraph thirty-nine of the Complaint.

40. Defendant does not have enough information to admit or deny paragraph forty of the Complaint.

41. Defendant admits paragraph forty-one of the Complaint.

42. Defendant denies paragraph forty-two of the Complaint.

43. Defendant denies paragraph forty-three of the Complaint.

44. Defendant admits paragraph forty-four of the Complaint.

45. Defendant denies paragraph forty-five of the Complaint.

46. Defendant denies paragraph forty-six of the Complaint.

47. Defendant denies paragraph forty-seven of the Complaint.

48. Defendant denies paragraph forty-eight of the Complaint.

49. Defendant denies paragraph forty-nine of the Complaint.

50. Defendant does not have enough information to admit or deny paragraph fifty of the Complaint.

51. Defendant does not have enough information to admit or deny paragraph fifty-one of the Complaint.

52. Defendant does not have enough information to admit or deny paragraph fifty-two of the Complaint.

53. Defendant denies paragraph fifty-three of the Complaint.

54. Defendant denies paragraph fifty-four of the Complaint.

55. Defendant denies paragraph fifty-five of the Complaint.

56. Defendant admits paragraph fifty-six of the Complaint.

57. Defendant admits paragraph fifty-seven of the Complaint.

58. Defendant admits paragraph fifty-eight of the Complaint.

59. Defendant denies paragraph fifty-nine of the Complaint.

60. Defendant denies paragraph sixty of the Complaint.

61. Defendant admits paragraph sixty-one of the Complaint.

62. Defendant denies paragraph sixty-two of the Complaint.

63. Defendant does not have enough information to admit or deny paragraph sixty-three of the Complaint.

64. Defendant denies paragraph sixty-four of the Complaint.

65. Defendant denies paragraph sixty-five of the Complaint.

66. Defendant admits paragraph sixty-six of the Complaint.

67. Defendant admits paragraph sixty-seven of the Complaint.

68. Defendant does not have enough information to admit or deny paragraph sixty-eight of the Complaint.

69. Defendant does not have enough information to admit or deny paragraph sixty-nine of the Complaint.

70. Defendant does not have enough information to admit or deny paragraph seventy of the Complaint.

71. Defendant does not have enough information to admit or deny paragraph seventy-one of the Complaint.

72. Defendant does not have enough information to admit or deny paragraph seventy-two of the Complaint.

73. Defendant does not have enough information to admit or deny paragraph seventy-three of the Complaint.

74. Defendant admits paragraph seventy-four of the Complaint.

75. Defendant denies paragraph seventy-five of the Complaint.

76. Defendant admits paragraph seventy-six of the Complaint.

77. Defendant denies paragraph seventy-seven of the Complaint.

78. Defendant denies paragraph seventy-eight of the Complaint.

79. Defendant denies paragraph seventy-nine of the Complaint.

80. Defendant denies paragraph eighty of the Complaint.

81. Defendant denies paragraph eighty-one of the Complaint.

82. Defendant denies paragraph eighty-two of the Complaint.

83. Defendant admits paragraph eighty-three of the Complaint.

84. Defendant admits paragraph eighty-four of the Complaint.

85. Defendant admits paragraph eighty-five of the Complaint.

86. Defendant admits paragraph eighty-six of the Complaint.

87. Defendant admits paragraph eighty-seven of the Complaint.

88. Defendant admits to paragraph eighty-eight of the Complaint.

89. Defendant admits paragraph eighty-nine of the Complaint.

90. Defendant admits paragraph ninety of the Complaint.

91. Defendant admits paragraph ninety-one of the Complaint.

92. Defendant admits paragraph ninety-two of the Complaint.

93. Defendant denies paragraph ninety-three of the Complaint.

94. Defendant denies paragraph ninety-four of the Complaint.

95. Defendant denies paragraph ninety-five of the Complaint.

96. Defendant does not have enough information to admit or deny paragraph ninety-six of the Complaint.

97. Defendant denies paragraph ninety-seven of the Complaint.

98. Defendant denies paragraph ninety-eight of the Complaint.

99. Defendant admits paragraph ninety-nine of the Complaint.

100. Defendant denies paragraph one-hundred of the Complaint.

101. Defendant denies paragraph one-hundred-and-one of the Complaint.

102. Defendant denies paragraph one-hundred-and-two of the Complaint.

103. Defendant denies paragraph one-hundred-and-three of the Complaint.

104. Defendant does not have information to admit or deny paragraph one-hundred-and-four of the Complaint without access to the transcript.

105. Defendant admits paragraph one-hundred-and-five of the Complaint.

106. Defendant admits paragraph one-hundred-and-six of the Complaint.

107. Defendant admits paragraph one-hundred-and-seven of the Complaint.

108. Defendant denies paragraph one-hundred-and-eight of the Complaint.

109. Defendant admits paragraph one-hundred-and-nine of the Complaint.

110. Defendant denies paragraph one-hundred-and-ten of the Complaint.

111. Defendant denies paragraph one-hundred-and-eleven of the Complaint.

112. Defendant denies paragraph one-hundred-and-twelve of the Complaint.

113. Defendant admits paragraph one-hundred-and-thirteen of the Complaint.

114. Defendant admits paragraph one-hundred-and-fourteen of the Complaint.

115. Defendant admits paragraph one-hundred-and-fifteen of the Complaint.

116. Defendant admits paragraph one-hundred-and-sixteen of the Complaint.

117. Defendant admits paragraph one-hundred-and-seventeen of the Complaint.

118. Defendant admits paragraph one-hundred-and-eighteen of the Complaint.

119. Defendant admits paragraph one-hundred-and-nineteen of the Complaint.

120. Defendant admits paragraph one-hundred-and-twenty of the Complaint.

121. Defendant admits paragraph one-hundred-and-twenty-one of the Complaint.

122. Defendant denies paragraph one-hundred-and-twenty-two of the Complaint.

123. Defendant denies paragraph one-hundred-and-twenty-three of the Complaint.

124. Defendant admits paragraph one-hundred-and-twenty-four of the Complaint.

125. Defendant admits paragraph one-hundred-and-twenty-five of the Complaint.

126. Defendant admits paragraph one-hundred-and-twenty-six of the Complaint.

127. Defendant admits paragraph one-hundred-and-twenty-seven of the Complaint.

128. Defendant admits paragraph one-hundred-and-twenty-eight of the Complaint.

129. Defendant admits to paragraph one-hundred-and-twenty-nine of the Complaint.

130. Defendant denies paragraph one-hundred-and-thirty of the Complaint.

131. Defendant admits paragraph one-hundred-and-thirty-one of the Complaint.

132. Defendant admits paragraph one-hundred-and-thirty-two of the Complaint.

133. Defendant admits paragraph one-hundred-and-thirty-three of the Complaint.

134. Defendant denies paragraph one-hundred-and-thirty-four of the Complaint.

135. Defendant admits paragraph one-hundred-and-thirty-five of the Complaint.

136. Defendant denies paragraph one-hundred-and-thirty-six of the Complaint.

137. Defendant denies paragraph one-hundred-and-thirty-seven, to the extent she denies any previous paragraph there enumerated.

138. Defendant denies paragraph one-hundred-and-thirty-eight of the Complaint.

139. Defendant denies paragraph one-hundred-and-thirty-nine of the Complaint.

140. Defendant denies paragraph one-hundred-and-forty of the Complaint.

141. Defendant denies paragraph one-hundred-and-forty-one of the Complaint.

142. Defendant denies paragraph one-hundred-and-forty-two of the Complaint to the extent she has already denied such allegations enumerated therein.

143. Defendant admits paragraph one-hundred-and-forty-three of the Complaint.

144. Defendant denies paragraph one-hundred-and-forty-four of the Complaint.

145. Defendant denies paragraph one-hundred-and-forty-five of the Complaint.

146. Defendant admits paragraph one-hundred-and-forty-six of the Complaint.

147. Defendant denies paragraph one-hundred-and-forty-seven of the Complaint.

148. Defendant denies paragraph one-hundred-and-forty-eight of the Complaint.

149. Defendant denies paragraph one-hundred-and-forty-nine of the Complaint.

150. Defendant denies the prayer for relief in its entirety.

This the 25th day of November, 2019.

/s/ J. Wrix McIlvaine
James Wrixam McIlvaine
Attorney for Jan Colter
State Bar No.: 436879
1709 Reynolds Street
Brunswick, Georgia 31520
(912) 208-3721

**CERTIFICATE OF SERVICE**

I have this day served Jan Colter's Answer to the Complaint upon the United States of America via electronic delivery via the Court's Notice of Electronic Filing CM/ECF system.

Bradford C. Patrick
Assistant United States Attorney
South Carolina Bar No. 102092
U.S. Attorney's Office
Post Office Box 8970
Savannah, Georgia 31412

This the 25th day of November, 2019.

/s/ J. Wrix McIlvaine
James Wrixam McIlvaine
Attorney for Jan Colter
State Bar No.: 436879
1709 Reynolds Street
Brunswick, Georgia 31520
(912) 208-3721