# In the United States District Court for the Southern District of Georgia Brunswick Division

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AGAPE PRESCRIPTIONS "R" US, INC.; and JANICE ANN COLTER,

    Defendants.

CV 2:19-099

## ORDER

Before the Court is a Motion to Enter Judgment filed by Plaintiff United States of America. Dkt. No. 8. Plaintiff moves pursuant to Federal Rule of Civil Procedure 68(a), which provides:

> At least 14 days before the date set for trial, a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued. If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment.

Plaintiff attaches to its motion documents which show that Defendants each served an offer of judgment upon Plaintiff and that Plaintiff has accepted both offers of judgment.

Accordingly, the Clerk is **DIRECTED** to enter judgment against Defendant Agape Prescriptions "R" Us, Inc. d/b/a Darien Pharmacy for the sum of $3,000,000.00 and against Defendant Janice Ann

AO 72A
(Rev. 8/82)

Colter for the sum of $100,000.00. The Clerk is further **DIRECTED** to close this case.

**SO ORDERED**, this 20 day of December, 2019.

                                              _____
                                              HON. LISA GODBEY WOOD, JUDGE
                                              UNITED STATES DISTRICT COURT
                                              SOUTHERN DISTRICT OF GEORGIA