AO 450 (GAS Rev 10/03) Judgment in a Civil Case



# United States District Court
*Southern District of Georgia*

UNITED STATES OF AMERICA

V.

Agape Prescriptions "R" Us, Inc. et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:19cv99

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court, dated 12/20/2019, Judgment is hereby entered in favor of the Plaintiff and against Defendant Agape Prescriptions "R" Us, Inc. d/b/a Darien Pharmacy for the sum of $3,000,000.00 and against Defendant Janice Ann Colter for the sum of $100,000.00. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: December 23, 2019

Scott L. Poff
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03